**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**AMANDA ZOOK,**

                      **Plaintiff,**

    v.                                        3:22-CV-510
                                                 (TJM/ML)

**RICHARD LEGENHOUSEN, and**
**BRIAN BURDINE,**

                      **Defendants.**
_____

Thomas J. McAvoy,
Sr. U.S. District Judge

## DECISION & ORDER

      Plaintiff filed this action pursuant to 42 U.S.C. § 1983 and other federal statutes, alleging that Defendants, Police Officers in Johnson City, New York, violated her rights in a variety of ways, including by participating in events that led to assaults on her that caused serious injuries. The Court referred the matter to the Hon. Miroslav Lovric, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). Judge Lovric gave the Complaint, filed *pro se*, an initial review and issued a Report-Recommendation. See dkt. # 9. Judge Lovric found that Plaintiff had failed to state a claim upon which relief could be granted and recommended that the Court dismiss Plaintiff's Complaint with leave to replead. Id. The Court accepted and adopted the report recommendation. See dkt. #10.

      Plaintiff filed a document in response to the Court's order dismissing her case with

leave to replead. See dkt. # 11. Judge Lovric construed that document as an Amended Complaint, gave it an initial review, and issued a Report-Recommendation. See dkt. # 12. The Report-Recommendation, dated November 4, 2022, recommends that the Court dismiss Plaintiff's Amended Complaint without leave to replead. Plaintiff's amended pleading, Judge Lovric finds, fails to state any claim for relief which the Court could grant. Plaintiff has failed to allege any facts which indicate she has suffered a legal wrong the Court could address.

Plaintiff did not object to the Report-Recommendation. The time for such objections has passed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice and the Court will accept and adopt the Report-Recommendation for the reasons stated therein.

Accordingly:

It is therefore **ORDERED** that Judge Lovric's Report-Recommendation, dkt. # 12, is hereby **ACCEPTED** and **ADOPTED**. Plaintiff's Amended Complaint, dkt. # 11, is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to CLOSE the case.

**IT IS SO ORDERED.**

Dated: December 8, 2022

Thomas J. McAvoy
Senior, U.S. District Judge